IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF, | )<br>)<br>) |
| V. | ) NO. 2:09CV00027 WRW<br>)<br>) |
| CALVIN VEASLEY,<br>DEFENDANT. | )<br>) |

## DEFAULT JUDGMENT

The Plaintiff in this action, the United States of America, having moved this Court pursuant to Rules 55(a) and (b)(1), Federal Rules of Civil Procedure, for entry of a default and default judgment against Defendant Calvin Veasley, and it having appeared by competent proof that entry of default and default judgment is proper, it is this day,

ORDERED, ADJUDGED and DECREED that Plaintiff UNITED STATES OF AMERICA have and recover of and from Defendant Calvin Veasley, judgment for $6,353.90 (representing $2,277.25 principal, administrative costs of $270.00, and interest of $3,806.65 accrued through December 12, 2008). Interest is awarded at the rate of $0.61 per day from December 13, 2008 until the date of judgment plus post-judgment interest at the rate of 0.27 percent per annum until paid in full, to be compounded annually pursuant to the provisions of 28 U.S.C. § 1961(b), plus all costs of court, for which let execution issue.

SIGNED and ENTERED this 11th day of December, 2009.

WILLIAM R. WILSON
UNITED STATES DISTRICT JUDGE